Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 511 - 1 | **DATE** | 7/1/08 |
| **CASE TITLE** | USA vs. Javier Ochoa | | |

**DOCKET ENTRY TEXT**

Detention hearing and Preliminary examination reset to 7/9/08 at 11:30 a.m. pursuant to the request of the defendant's counsel. The defendant is ordered detained until further order of Court. *AK*

Docketing to mail notices.

00:08

Courtroom Deputy Initials: AC