Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 511 - 1 | **DATE** | 7/9/2008 |
| **CASE TITLE** | USA v Javier Ochoa | | |

**DOCKET ENTRY TEXT**

Preliminary examination held. Enter a finding of probable cause. The Defendant is ordered Bound to the District Court for further proceedings. The defendant waives his right to a detention hearing without prejudice to his right to address the issue of bond at a later date. The Defendant is ordered detained until further order of court. *AL*

Docketing to mail notices.

2:00

| | Courtroom Deputy Initials: | AC |
|---|---|---|

08CR511 - 2 usa v Jaime Chavez

Page 1 of 1