## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 511 - 1 | **DATE** | 7/29/2008 |
| **CASE TITLE** | USA vs. Javier Ochoa | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant Javier Ochoa enters plea of not guilty to all counts. 16.1 conference to be held by or on 8/5/2008. Pretrial motions to be filed by or on 8/15/2008. Status hearing set fro 8/27/2008 at 10:00 AM. Defendant to remain in custody pending further proceedings. Excludable time to begin pursuant to 18:3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | ETV |
|---|---|---|