UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 511 |
| | ) | Judge Rebecca R. Pallmeyer |
| JAVIER OCHOA and | ) | |
| JAIME CHAVEZ | ) | |

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that on Monday, August 11, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Rebecca R. Pallmeyer in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Room 2119, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the **GOVERNMENT'S AGREED MOTION FOR PROTECTIVE ORDER**, at which time and place you may appear if you see fit.

                                                By:    /s/Bethany K. Biesenthal
                                                           BETHANY K. BIESENTHAL
                                                           Assistant United States Attorney
                                                           219 South Dearborn Street
                                                           Chicago, Illinois 60604
                                                           (312) 886-7629